608

No. 579. HAZELETT STORAGE BATTERY CO. v. WESTERN BATTERY & SUPPLY CO.; and

No. 580. WEBSTER v. SAME. February 20, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Hadley F. Freeman* for petitioners. *Messrs. Carle Whitehead* and *Albert L. Voge* for respondent.

No. 611. NEW AMSTERDAM CASUALTY CO. v. HOAGE, DEPUTY U. S. EMPLOYEES' COMPENSATION COMMISSIONER. February 20, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Lawrence Koenigsberger* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, W. Clifton Stone,* and *Wm. H. Riley, Jr.,* for respondent.

No. 621. WESTERLIN & CAMPBELL CO. v. MICHIGAN ARTIFICIAL ICE PRODUCTS CO. ET AL. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John E. MacLeish* for petitioner. *Mr. Fred W. Green* for respondents.

No. 624. GEOPHYSICAL EXPLORATION CO. v. KLODGINSKI ET AL. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Newton Rayzor* for petitioner. No appearance for respondents.

No. 625. SMITH v. UNITED STATES. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Reuben R. Arnold* and *Young M. Smith* for petitioner. *Solicitor*

*General Thacher, Assistant Attorney General Dodds,* and Messrs. *Paul D. Miller, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 629. SCHUG, TRUSTEE IN BANKRUPTCY, *v.* CALDWELL ET AL. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Messrs. *Edwin' C. Brandenburg* and *Louis M. Denit* for petitioner. *Mr. Mortimer C. Rhone* for respondents.

No. 630. SOUTHEASTERN INVESTMENT CO. *v.* TOBLER ET AL. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George C. Bedell* for petitioner. *Mr. Eli J. Blair* for respondents.

No. 632. BARTOSIK *v.* CHICAGO RIVER & INDIANA R. Co. February 20, 1933. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Mr. Joseph D. Ryan* for petitioner. Messrs. *Sidney C. Murray* and *Marvin A. Jersild* for respondent.

No. 716. BLANTON *v.* GREAT ATLANTIC & PACIFIC TEA Co. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Hooper Alexander* for petitioner. No appearance for respondent.

No. 648. MISSOURI STATE LIFE INSURANCE Co. *v.* JOHNSON. Petition for writ of certiorari to the Supreme Court of Arkansas. March 4, 1933. The petition for